IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ISREAL ALVARADO-REYES,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                              14-cv-110-wmc

DR. KAREN E. REYNOLDS and
the WISCONSIN DEPARTMENT OF
CORRECTIONS,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Isreal Alvarado-Reyes's request for leave to proceed and dismissing this case with prejudice for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

    /s/                                                                      3/3/2015

    Peter Oppeneer, Clerk of Court                        Date